UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:13-00001 |
| | ) JUDGE SHARP |
| PEDRO REYES-REYES | ) |

**O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, January 14, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE