

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:13-00001 |
| v. | ) KEVIN H. SHARP |
| | ) Judge, U.S. District Court |
| | ) |
| PEDRO REYES-REYES | ) |

## PEDRO REYES-REYES' MOTION TO WITHDRAW THE MOTION TO SUPPRESS

**COMES** now the accused **PEDRO REYES-REYES** through counsel, Assistant Federal Public Defender Isaiah S. Gant, and moves this Honorable Court to enter an order granting Mr. Reyes' motion to withdraw the previously filed motion to suppress. In support of the foregoing motion it is respectfully represented to this Honorable Court that as of today, January 9, 2014, a settlement has been reached in the above-styled cause.

**WHEREFORE** for the above and foregoing reasons it is respectfully prayed that this Honorable Court enter an order granting Mr. Reyes' motion to withdraw the previously filed motion to suppress.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorney for Pedro Reyes-Reyes